UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CCM ROCHESTER, INC., f/k/a CLOVER CAPITAL MANAGEMENT, INC.,<br><br>      Plaintiff,<br><br>    -v-<br><br>FEDERATED INVESTORS, INC.,<br><br>      Defendant. | Case No. 14-cv-3600 (VC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO:  All Counsel of Record

PLEASE TAKE NOTICE that Shalini Kisten Rajoo hereby withdraws as counsel for Plaintiff, CCM Rochester, Inc., f/k/a Clover Capital Management, Inc.  Ms. Rajoo is no longer an attorney for Kasowitz, Benson, Torres & Friedman LLP.  The Plaintiff will continue to be represented by their remaining counsel of record.

To: All Counsel of Record

            /s/ Shalini Kisten Rajoo _____

            Shalini K. Rajoo
            KASOWITZ, BENSON, TORRES
             & FRIEDMAN LLP
            1633 Broadway
            New York, New York 10019
            Phone: (212) 506-1700
            Fax: (212) 506-1800

            *Attorneys for Plaintiff CCM Rochester, Inc.,*
            *f/k/a Clover Capital Management, Inc.*

Dated: May 8, 2015
New York, New York